AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
DEC 04 2013
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States of America,

*Plaintiff,*

v.

Case No. 0:01-cr-00260-JRT-FLN

Dee Allen King,

*Defendant.*

## SUMMONS IN A CRIMINAL CASE

***YOU ARE SUMMONED*** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

( ) Indictment ( ) Superseding Indictment ( ) Information ( ) Superseding Information ( ) Complaint
( ) Probation Violation Petition ( X ) Supervised Release Violation Petition ( ) Pretrial Violation Notice ( ) Order of Court

| | |
|---|---|
| Place:<br>U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | Courtroom No.: Courtroom 9E (MPLS)<br>Before: Arthur J. Boylan |
| | Date and Time: 12/5/2013 02:00 PM |

This offense is briefly described as follows:
Violation of Supervised Release

Date: November 19, 2013

U.S. DISTRICT COURT DISTRICT OF MINNESOTA

Signature of Clerk or Deputy Clerk

*Gina Wooton, Deputy Clerk*

*Printed name and title*

I declare under penalty of perjury that I have:
(X) Executed and returned this summons ( ) Returned this summons unexecuted

Date: 11-21-13

*Server's signature*

Michael Wyhoff DUSM

*Printed name and title*

SCANNED
DEC - 5 2013
U.S. DISTRICT COURT MPLS

[redacted]

***This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.***

***(Not for Public Disclosure)***

## *INFORMATION FOR SERVICE*

Name of defendant/offender: Dee Allen King

Last known residence: ______________________________

______________________________

Usual place of abode (if different from residence address): ______________________________

______________________________

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: ______________________________

______________________________

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: ______________________________

______________________________

## *PROOF OF SERVICE*

This summons was received by me on *(date)* ______________________________ .

( ) I personally served the summons on this defendant Dee Allen King at *(place)* ______________________________ on *(date)* ______________________________; or

(X) On *(date)* November 21, 2013 I left the summons at the individual's residence or usual place of abode with *(name)* Beverly King (mother), a person of suitable age and discretion who resides there, ~~and I mailed a copy to the individual's last known~~ address; or

( ) I delivered a copy of the summons to *(name of individual)* ______________________________ , who is authorized to receive service of process on behalf of *(name of organization)* ______________________________ on *(date)* ______________________________ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

( ) The summons was returned unexecuted because:

______________________________

______________________________

I declare under penalty of perjury that this information is true.

Date returned: 11-21-13

______________________________
*Server's signature*

Michael Nyhost DUSM
*Printed name and title*

Remarks: