# United States District Court
## District of Minnesota

UNITED STATES OF AMERICA
v.

DEE ALLEN KING

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: 01-260 (1) (JRT/FLN)
USM Number: 10046-041
Social Security Number: 6445
Date of Birth: 1979

Manvir Atwal
Defendant's Attorney

THE DEFENDANT:

[X] admitted guilt to violation of condition(s): of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.
The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| Special Condition | The defendant shall reside for a period of 4 months in Scott County Jail, a residential reentry center as approved by the probation officer and shall observe the rules of that facility. | November 9, 2013 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

January 3, 2014
Date of Imposition of Judgment

s/John R. Tunheim
Signature of Judge

**JOHN R. TUNHEIM**, United States District Judge
Name & Title of Judge

January 6, 2014
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term to begin on Monday, January 6, 2014 and end on Monday, March 31, 2014.

[] The court makes the following recommendations to the Bureau of Prisons:

[] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[X] before 11:00am on Monday, January 6, 2014.
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ______________ to ______________________

at ______________________ , with a certified copy of this judgment.

______________________
United States Marshal

By ______________________
Deputy United States Marshal

DEFENDANT: DEE ALLEN KING
CASE NUMBER: 01-260 (1) (JRT/FLN)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall no longer be on supervised release.